**\*E-FILED ON 8/30/05\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DIRECTV, INC.,<br><br>　　　　Plaintiff,<br>　　v.<br><br>LOC HUYNH, et al.,<br><br>　　　　Defendants. | No. C03-02166 HRL<br><br>**ORDER (1) LIFTING STAY AND (2) REASSIGNING THIS ACTION TO DISTRICT COURT JUDGE RONALD M. WHYTE** |

This matter was reassigned to this court after plaintiff DIRECTV, Inc. ("plaintiff") and defendant Albert Sammons ("Sammons") voluntarily consented to proceed before a magistrate judge, including for trial and the entry of final judgment, pursuant to 28 U.S.C. § 636(c). At the same time, the instant action was stayed as to the defaulting defendants: Loc Huynh, Brian Nguyen and Hoangfong Pham. The claims between Directv and defendant Sammons have been settled. Directv now moves for default judgment against Loc Huynh.[1] Based on the foregoing, IT IS ORDERED THAT:

　　1.　　This court's December 3, 2004 order staying the action against defendant Loc Huynh is VACATED; and

　　2.　　This action shall be reassigned to District Court Judge Ronald M. Whyte for

---

[1] Plaintiff has voluntarily dismissed its claims against Hoangfong Pham (see Docket No. 27), and apparently has settled its claims against Brian Nguyen through a separate lawsuit (*see Directv v. Nguyen*, C04-03405 JF (PVT)).

United States District Court
For the Northern District of California

further default judgment proceedings by plaintiff.

Dated: August 29, 2005

    /s/ Howard R. Lloyd
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**United States District Court**
For the Northern District of California

5:03-cv-2166 Notice will be electronically mailed to:

Suzanne M. Burke   sburke@buchalter.com, blee@buchalter.com;kosaki@buchalter.com;gpandher@buchalter.com;pkamath@buchalter.com;wjordan@buchalter.com;westmanoctemp@buchalter.com;mknighten@buchalter.com;btran@buchalter.com

Kimberly Rene Colombo   kkatz@buchalter.com, sburke@buchalter.com;pkamath@buchalter.com;wjordan@buchalter.com;mknighten@buchalter.com;btran@buchalter.com;blee@buchalter.com

Alan J. Kessel   Akessel@buchalter.com, sburke@buchalter.com;kosaki@buchalter.com;wjordan@buchalter.com;avankirk@buchalter.com;sshah@buchalter.com

Keli Nicole Osaki   Kosaki@buchalter.com, pkamath@buchalter.com;btran@buchalter.com;blee@buchalter.com

Shawn Robert Parr   parrst@ix.netcom.com, lisa@parrlawgroup.com

Brandon Quoc Tran   btran@buchalter.com, sburke@buchalter.com;kkatz@buchalter.com;wjordan@buchalter.com;mknighten@buchalter.com;blee@buchalter.com;pkamath@buchalter.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.